# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOUSEN YISAK ADEN,                    )
                                      )
                Plaintiff,            )
                                      )
        v.                            )        Civil Action No. 25-0245 (UNA)
                                      )
UNITED STATES OF AMERICA,             )
                                      )
                Defendant.            )

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's *in forma pauperis* application, his *pro se* complaint, and motions for injunctive relief. It appears that plaintiff, the supposed "Raymon Roman the chief Deusch who[] owns the office [of] the royal priesthood," Compl. at 5, attempts to bring this action on behalf of his "client and adherent Prince [C]onley Fair," *id*. The purported cause of action pertains to "the economic structure of the world banks," *id*. at 4, which allegedly have been "taken over by jews that are cousins to the arabians that have the oil," *id*., and "hand in hand they control world economics," *id*. Plaintiff is "not happy about it." *Id*. Among other relief, plaintiff demands a "restraining order for Donald [T]rump and the Jewish ran Us Military to let us get our shit together and put where we put." *Id*. at 5. He also demands that the former and current Presidents of the United States "inform International [M]onetary Fund to open" an account for him. *Id*.

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). Because the instant complaint falls far short of stating a viable claim, it is subject to dismissal. *See McGuire v. U.S. District Court*, No. 10-cv-0696, 2010 WL 1855858, at *1 (D.D.C. May 4, 2010) (summarily dismissing

1

complaint under § 1915(e)(2) because it was "largely incoherent and nonsensical"); *cf. Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing . . . factual allegations and legal conclusions . . . lack[ing] an arguable basis either in law or in fact" shall be dismissed.).

The Court will grant plaintiff's application to proceed *in forma pauperis* [2], dismiss the complaint without prejudice, and deny as moot plaintiff's motions for injunctive relief [4] [13] [21].  A separate order will issue.


DATE: March 10, 2025                                    /s/
                                                       CHRISTOPHER R. COOPER
                                                       United States District Judge